L/N

Mitchell Taylor Button
Dusty Button
101 Ocean Sands Ct.
Myrtle Beach, SC 29579
310-499-8930
Worldofdusty@gmail.com

FILED
CLERK, U.S. DISTRICT COURT
03/29/2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___GSA___ DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL TAYLOR BUTTON AND DUSTY BUTTON<br><br>PLAINTIFFS,<br>V.<br><br>CRAIG LOPRESTI<br><br>DEFENDANT. | Case No:   8:25-cv-00638-JWH-(DFMx)<br><br>**COMPLAINT**<br><br>**JURY DEMAND**<br><br>**ORAL ARGUMENT REQUESTED** |

Plaintiffs Mitchell Taylor Button and Dusty Button, ("the Buttons"), file this complaint against Mr. Craig Lopresti and allege as follows:

COMPLAINT AND DEMAND FOR JURY TRIAL
1

## NATURE OF THE ACTION

1. Defendant Craig Lopresti fabricated criminal accusations and posted false and malicious statements about Mitchell and Dusty Button to **hundreds of thousands** of people for the sole intention to generate a media blitz against them in order to destroy their reputations and garner fame and attention.

2. Mr. Lopresti made intentionally false statements about the Plaintiffs, claiming they were criminals who were in prison for the heinous acts of sexual assault and other crimes and that it was a "shame they weren't good people".

3. Mr. Lopresti is a renowned YouTuber with nearly two-hundred and thirty thousand subscribers to his channel "@TheCraig909" as well as an influencer on social media, (including on Instagram), with an account name of @thecraig909 which amasses nearly one hundred and fifty thousand followers.

4. In **July of 2021**, the *pro se* Plaintiffs here, were sued in the United States District Court of Nevada, ("the Nevada Lawsuit"), for $131,000,000.00.

5. The Nevada Lawsuit and the allegations contained in it, (including interviews with the litigants who filed the complaint), was published in thousands of articles globally, televised on news and media outlets such as Good Morning America and published on innumerable social media pages and channels; and the coverage of the Nevada Lawsuit plainly states that the Buttons were **sued for millions in a civil action.**

COMPLAINT AND DEMAND FOR JURY TRIAL
2

6. The Nevada Lawsuit does not state anywhere that the Plaintiffs were ever charged with any crime, (they were not) or that they were arrested, in jail or prison for any related allegation or any other crime and in fact, there are innumerable filings which are public which state that multiple police departments refused to even entertain the false allegations against the Buttons for reasons such as the allegations were "inconsistent" with evidence provided, that the statements made to the police, (many years ago) were **unfounded** and that even the Buttons themselves, had filed reports *against themselves* to prove that the allegations against them were false in their entirety while they pursued and continue to pursue criminal charges against their accusers, one of whom they have **never even met**.

7. On **January 6th, 2025**, (four years after the complaint was filed), the Buttons entered their Motion for Summary Judgment in the District Court of Nevada which is pending and scheduled for oral argument on June 13th, 2025, which is also publicly available including a redacted version of that Summary Judgment Motion with Exhibits on the Buttons' only Instagram page, (@WeTheButtons), which is solely dedicated to providing anyone who follows the Buttons with accurate information about the civil lawsuit in Nevada… Mr. Lopresti followed that very Instagram page.

8. On **January 27th, 2025**, the Defendant posted malicious, false and defamatory comments on Instagram to *hundreds of thousands of people* who follow him on

social media, (who also used to follow the Buttons), which stated the Buttons were "locked up for some f*cked up stuff" and that it was a "shame they weren't good people", intentionally further destroying the reputations of the Buttons who are *finally* able to put the destruction of horrendous, false allegations behind them and continue business relationships with third parties which were previously broken due to those false allegations.

9. Now, Mr. Lopresti, (four years later), has intentionally restarted the defamation against the Plaintiffs by reigniting the defamatory fire and claiming to hundreds of thousands of people that the Buttons are in prison for the 2021 allegations of sexual assault previously brought forward, while knowing that is entirely and utterly false and defamatory.

10. Mr. Lopresti abused his power and influence to falsely state to hundreds of thousands of his followers and to the public that the Buttons were in prison for sexual assault so that the Buttons would never be able to repair their reputations and to gain fame and notoriety by generating activity from his followers.

11. Mr. Lopresti (a former competitor of Mr. Buttons in the automotive industry), used his power and influence online, to intentionally prevent Mr. Button and his wife, (co-plaintiff Dusty Button), from repairing their reputations after they were completely destroyed by a false and defamatory global media campaign waged against them in May and July of 2021.

12. The Plaintiffs have not worked in the automotive industry or any other since 2021 but have been diligently repairing their reputations and relationships with third parties, (including third parties who Mr. Lopresti is affiliated with in the automotive industry), which includes third parties in the automotive industry.

13. The Plaintiffs have never met Mr. Lopresti and his statements were intentionally harmful to the Buttons who have worked to restore their relationships with businesses and to be able to support their 8-month-old child after losing everything to false and frivolous allegations as part of a civil lawsuit which were published on the front pages of nearly every major media publication in 2021.

14. Mr. Lopresti had no right or reason to post the defamatory statements but did so out of ill will, to harm the Plaintiffs and to prevent their return and restoration of their reputations and business relationships.

15. The Buttons now bring this action to expose and seek redress for the false and malicious statements and related conduct of Mr. Lopresti as they once again, persevere to repair their good names and reputations.

## THE PARTIES

16. Plaintiffs are citizens of the State of South Carolina.

17. Upon information and belief Defendant Lopresti is a citizen of the State of California residing in San Diego, California.

## JURISDICTION AND VENUE

18. Plaintiffs are citizens of the State of South Carolina for purposes of diversity jurisdiction under 28 U.S.C § 1332.

19. Defendant is a citizen of the State of California for purposes of diversity jurisdiction under 28 U.S.C. § 1332.

20. This Court has original subject matter jurisdiction with respect to this action pursuant to 28 U.S.C. § 1332 as there exists complete diversity of citizenship between Plaintiffs and Defendant and the amount in controversy exceeds seventy-five thousand dollars ($75,000.00), exclusive of interests and costs.

21. Pursuant to 28 U.S.C § 1391(b), venue is proper in this Court because the Defendant resides in this district.

22. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(2) and (b)(3) because a substantial part of the events or omissions giving rise to Plaintiff's claims in this complaint occurred in this district by virtue of the transmission and publication of the false and defamatory statements in this district (and elsewhere) and also because Defendant is subject to this Court's personal jurisdiction with respect to this action.

### FACTUAL ALLEGATIONS

**A. The Plaintiffs' Background**

23. Plaintiffs refer to their prior occupations as they have been silent and absent from any social media since 2021 and have not worked in any industry since 2021 and

therefore, have remained private figures as such; as they lost everything in 2021 including their reputations, careers and good names.

24. Plaintiff Dusty Button was a *world-renowned* ballet dancer who trained at the Jacqueline Kennedy Onassis School at the American Ballet Theatre in New York City. In 2007, she joined the Royal Ballet School in London and in 2008 she joined Birmingham Royal Ballet in England.

25. Ms. Button was best known for her work with the Boston Ballet, which she joined in 2012 and was promoted to their highest position of principal ballerina in 2014.

26. Ms. Button was Red Bull's first and only ballet athlete and was published in media publications across the globe, positively influencing hundreds of thousands of people nationally and internationally, including by performing and teaching in over thirty different countries and across the United States.

27. Plaintiff Dusty Button's Instagram account, @dusty_button, (until December of 2021), amassed nearly half of a million followers and subscribers.

28. Ms. Button deleted her social media account in 2021 after succumbing to trauma from severe cyber bullying and harassment which Plaintiff endured as a direct result of false and defamatory statements, after being sued in a civil litigation in Nevada, which resulted in an unethical defamatory global media campaign against Dusty to destroy her livelihood, career, reputation and business.

29. Plaintiff Mitchell Taylor Button was one of the many that comprised the Team / brand "Button Built" where the vehicles the Team created were some of the most

influential within the automotive community, from 2014 – 2021, with the vehicles having been published in media publications across the globe for Button Built's automotive design, builds and work in the industry.

30. Mr. Button is a private figure, though while unknown as himself, the cars are recognized in the media and in the automotive industry.

31. "Button Built's" work positively influenced hundreds of thousands of in the automotive industry nationally and internationally and has been procured from global organizations for speaking engagements and commissions that continue to live on with his legacy today despite the destruction of his life's work by false allegations in 2021; "Button Built's" work is the product of many, not just of Mr. Button.

32. Plaintiff Mitchell Taylor Button's Instagram account, @button_built, (until December of 2021), amassed nearly half of a million followers and subscribers.

33. @button_built was not Mr. Button's personal Instagram account but rather, an archive showcasing the hard work, the fabrications and creations of the Button Built team including Mr. Button.

34. Mr. Button was the visionary of "Button Built" whereas, the vehicles were the face of the brand, not Mr. Button.

35. Mr. Button deleted his social media account in 2021 after succumbing to trauma from severe cyber bullying and harassment which Plaintiff endured as a direct result of false and defamatory statements, after being sued in a civil litigation in

Nevada, which resulted in an unethical defamatory global media campaign against Dusty to destroy her livelihood, career, reputation and business.

36. Plaintiffs' names and likeness *was* their business and generated *one hundred percent* of their yearly revenue whereas, Plaintiffs, themselves and what they provided to their respective industries was *solely* based on what they provided as their name brands, known as Dusty Button, Taylor Button, Mitch/Mitchell Button, Mitchell Taylor Button, "The Buttons", Button Built, Button Brand, Bravado by Dusty Button, Meisturwerk and Meisturwerk Machinen.

37. Plaintiffs' established businesses, goods and services were directly sourced and provided from their good names, talent, expertise, reputations, skills, manufacturing and marketing capabilities, which were **completely destroyed** in 2021 by false allegations in a civil lawsuit.

38. Plaintiffs have already suffered *unimaginable* loss to their businesses, careers, reputations, finances, mental health, and overall livelihood but will continue to suffer as a direct and proximate result of Mr. Lopresti's statements.

39. Defendant's actions in publishing and making false and defamatory statements to hundreds of thousands of people were not only reckless but done so with actual malice as he knew his statements were false.

40. Mr. Lopresti **intentionally, willfully** and **maliciously destroyed** Plaintiffs' livelihoods, businesses and future ability to generate work or income in both of Plaintiffs' respective industries for the foreseeable future.

**B. The Plaintiffs Have Never Been Charged with a Crime, but Mr. Lopresti Intentionally and Falsely Stated the Buttons were "Locked Up" for Criminal Conduct**

41. Mr. Lopresti is a twenty-six-year-old who lives in San Diego, CA.

42. Mr. Lopresti is a renowned YouTuber with nearly two-hundred and thirty thousand subscribers to his channel "@TheCraig909".

43. Mr. Lopresti is also an influencer on social media, (including on Instagram), with an account name of @thecraig909 which amasses nearly one hundred and fifty thousand followers.

44. On **January 27th, 2025**, the Defendant posted statements on Instagram which stated the Buttons were "locked up for some f*cked up stuff" and that it was a "shame [the Buttons] weren't good people".

45. The Plaintiffs have never met Mr. Lopresti and his statements do not derive from any truthful statement, but Mr. Lopresti took it upon himself to intentionally make false and defamatory statements on January 27th, 2025.

46. The Plaintiffs have never been charged with a crime and have never been arrested.

47. There has never been any publicly available information proving that Mr. Lopresti's statement that the Plaintiffs were "locked up" would be "substantially true" because it is impossible for that statement to be true.

COMPLAINT AND DEMAND FOR JURY TRIAL
10

48. After discovering Mr. Lopresti's posts on Instagram, the Plaintiffs immediately posted in reply to his post that they were not "locked up" and that his statement was defamatory.

C. **Mr. Lopresti Fails to Preserve Material Information**

49. Instead of Mr. Lopresti replying to the Plaintiffs' post addressing that his posts were defamatory or correcting his statements, he deleted his posts and immediately blocked the Plaintiffs on social media to prevent the Plaintiffs from contacting him.

50. Upon information and belief, the Defendant has deleted related evidence which would prove that the Defendant further defamed the Plaintiffs on other platforms including his YouTube channel which has nearly two-hundred and thirty thousand subscribers.

51. The Plaintiffs screenshotted the posts and statements made by Mr. Lopresti but were it not for the Plaintiffs' diligence, the evidence against Mr. Lopresti would not exist.

52. Mr. Lopresti intentionally erased any evidence of defamation in order to avoid the consequences of his actions by the depriving the Plaintiffs of their rights in seeking legal recourse against him.

D. **Mr. Lopresti's Actions Deprive the Buttons of Contractual Business Relationships with Third Parties**

53. Mr. Lopresti has long been aware of Mr. Button's and his wife's reputation in the automotive industry including Mr. Button's work under his name brand Button Built.

54. Mr. Lopresti made his comments specifically targeting the Buttons as the post was directly in response to a viral post of Mr. Button's work and build which was photographed and posted by an account by the name of @trail.huntr.

55. @trail.huntr posted Mr. Button's car build and specifically stated in correlation with the video of Mr. Button's car "throwing it back to @barrett_jackson 2024 with this clip because it got so many views…".

56. The forementioned post of Mr. Button's car was shared at least three hundred and twenty-two times.

57. Mr. Lopresti's statements encouraged others to make false and defamatory statements about the Buttons including but not limited to a statement made by one of Mr. Lopresti's followers which stated the Buttons were "locked up for human trafficking", from the account named "@skylinexx20".

58. Mr. Lopresti's defamatory statements were made for the purpose of intentionally misleading former sponsors, former employers and former business affiliates of the Buttons, and to prevent them from securing prospective contractual agreements, agreements which were already in place and which had been formerly broken due to the defamatory global media campaign waged against them in 2021 but were repaired.

59. Mr. Lopresti intentionally interfered with contracts of the Plaintiffs including but not limited to TOYO tires, SEMA, Rotiform Wheels, Momo racing, Bride Racing, Nitto Tires, Toyo tires, Brembo, Ferrari Parts, Tial Concepts, Xona Rotor, Aviva Performance, Impressive Wraps, Inozetek, Tubi Style, Vivid Motorsport, Voodoo Automotive, SEMA Auto Show, Crep Protect, Accuair Suspensions, Currie axels, Pelican LLC, Greyman Tactical, PRP seats, KMC wheels, RAM mounts, Metalcloak suspension and body components, THULE, Rebel Offroad, PPG paint, Morimoto LED lighting solutions, BAJA off-road lighting solutions, Powertank, Maxxtraxx, HP tuners, Emory Motorsports, SABELT and Illest, amongst many others not listed here.

60. Mr. Lopresti's actions were intentional including because he has been a long-time competitor of Mr. Button's in the automotive industry.

61. Because of Mr. Lopresti's actions and defamatory statements, the Buttons have been deprived of work, prospective contracts and repaired business relationships.

## FIRST CAUSE OF ACTION

*(Defamation per se)*

62. The Buttons hereby reference all preceding allegations as though fully set forth herein.

63. The statements made by and published by the Defendant on social media / Instagram that the Buttons were "locked up for f*cked up stuff" and that it was a

"shame they weren't good people", were false, defamatory, and published with actual malice.

64. Mr. Lopresti knew that his statements online were false.

65. The false statements made by Mr. Lopresti online are not privileged including because his statements were made with reckless disregard for the truth.

66. Because Mr. Lopresti's false statements accused the Plaintiffs of a serious crime and maligned them in their professions, those statements constitute defamation per se and the Buttons' injuries are presumed.

67. The false statements by Mr. Lopresti have severely damaged the Buttons' reputations and caused them anguish, humiliation, embarrassment and financial loss.

68. The Plaintiffs are entitled to punitive damages, because Mr. Lopresti's defamatory statements were made with hatred, ill will, and spite, with the intent to harm the Buttons or in blatant disregard of the substantial likelihood of causing them harm.

## SECOND CAUSE OF ACTION

*(Tortious Interference with Contract and Prospective Economic Advantage)*

69. The Buttons hereby reference all preceding allegations as though fully set forth herein.

70. The Plaintiffs are a party to business contracts with sponsors and others due to their reputation.

71. Mr. Lopresti was a long-time fan of Mr. Button's and a competitor in the same industry as Mr. Button, including that he had personal relationships with the same sponsors, business affiliates and contractors, (including personal relationships), before making these false and defamatory statements about the Plaintiffs. For those reasons and others, Mr. Lopresti was aware that the Plaintiffs had and have business contracts with sponsors and others due to their reputation and performance in the automotive industry.

72. By making false and defamatory statements to a mass audience online and conducing a malicious campaign to defame the Buttons and destroy their reputations, Mr. Lopresti intentionally engaged in wrongful acts that were designed, intended, and substantially certain to disrupt or terminate the contractual relationships between the Plaintiffs and the sponsors and others.

73. Due to Mr. Lopresti's false and defamatory statements and other wrongful acts, the Plaintiffs have suffered financial harm by losing revenue and opportunities for revenue provided by their contracts and prospective contracts with sponsors and others.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs Mitchell Taylor Button and Dusty Button demands judgment against the Defendant Craig Lopresti as follows:

i. An award of general and punitive damages in appropriate amounts to be established at trial;

ii. Plaintiffs' reasonable costs and expenses and;

iii. Such other and further relief as the Court deems just and appropriate to protect Plaintiffs' rights and interests.

## DEMAND FOR JURY TRIAL

Plaintiffs demand a trial by jury on all issues so triable.

Respectfully dated: March 29th, 2025

_____
Mitchell Taylor Button and Dusty Button
(Pro se)

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed through the District Court of Central California's electronic filing system on March 29th, 2025.

Dated this 29th day of March, 2025,

/s/ _____

Signature of Plaintiff Dusty Button (*Pro se*)

/s/ _____

Signature of Plaintiff Mitchell Taylor Button (*Pro se)*